No. 91–5844. SCHAEFER v. STATE BOARD OF EQUALIZATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5848. HOLMES v. SHEAHAN, COOK COUNTY SHERIFF, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–5850. REED v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5853. MOORE v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 91–5854. HAMILTON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–5855. DIFFAY v. DIFFAY ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–5859. JOHNSON v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5863. BAUMAN ET AL. v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 91–5876. ABDUR-RAHMAN v. PIERON ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–5879. WILLIAMS v. DAVIS BOAT WORKS, INC. C. A. 4th Cir. Certiorari denied.

No. 91–5880. HARRIS v. GIST, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–5881. CODY v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–5889. LUSK v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.